IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                        Criminal Action No. 06-00020-02-CR-W-GAF

KENNEDY IGBOKWE,

        Defendant.

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: Defendant is charged in Counts 1, 6-33 and 35. Count I alleges health care fraud under 18 U.S.C.§ 1347 in connection with billing Medicare for power wheelchairs and power scooters. Counts 2-24 allege that the defendant structured currency transactions to evade reporting requirements in violation of 31 U.S.C. §§ 5324(a)(3) and 5322(a). Counts 25-33 allege money laundering in violation of 18 U.S.C. § 1957. Count 35 seeks criminal forfeiture of real estate, vehicles and bank funds.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Gene Porter
    Case Agent: Special Agents Rebecca Wiles and Brian Hill
    Defense: Bruce Simon for defendant Igbokwe

**OUTSTANDING MOTIONS**: Government's Motion in Limine to Exclude Evidence or Testimony of Accurate Billings, doc. # 133, responded to by defendant in doc. # 150; Defendant's Motion in Limine, doc. # 141, responded to by the government in doc. # 149.
(Documents # 107 and 140 are moot)

**TRIAL WITNESSES**:
    Government: 20 with stipulations, which have been signed
    Defendant: In addition to those witnesses listed on the government's witness list the defendant may testify.

**TRIAL EXHIBITS**
    Government: 50 exhibits
    Defendant: 0 exhibits for defendant

**DEFENSES**: General Denial

**POSSIBLE DISPOSITION**:

(x ) Definitely for trial;   ( ) Possibly for trial;   ( ) Likely a plea will be worked out

**TRIAL TIME:  5  days**
   Government's case including jury selection: 3- 3 ½  days
   Defense case: 1- 1 ½  days

**STIPULATIONS**: The parties have signed and filed their stipulations

**UNUSUAL QUESTIONS OF LAW:** On August 9, 2006, government counsel filed a Notice of Variance Between Indictment and Trial Proof.  Defense counsel does not believe this issue will create a problem at trial.

**FILING DEADLINES:**

   **Witness and Exhibit List**
   Government: Friday before the pretrial conference
   Defense: Friday before the pretrial conference
   **Counsel are requested to list witnesses in alphabetical order on their witness list.**

   **Exhibit Index, Voir Dire, Jury Instructions:  Noon, Wednesday,** August 23, 2006
   **Please Note**: Jury instructions must comply with Local Rule 51.1

   **Motion in Limine:** Government's Motion in Limine to Exclude Evidence or Testimony of Accurate Billing (doc #133);
   Defendant's Motion In Limine (doc #141)

**TRIAL SETTING**: Criminal jury trial docket commencing August 28, 2006.
   **Please note:** The case may take up to five days, and thus, should probably be set the first week of the docket.

**IT IS SO ORDERED.**

```
              /s/
         SARAH W. HAYS
       United States Magistrate Judge
```