**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 06-0020-CR-W-GAF** |
| | ) | |
| **KENNEDY IGBOKWE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

On August 22, 2006, the Government filed an Emergency Motion for Disqualification Based on Defense Counsel's Conflict of Interest and for an Order Requiring Defense Counsel to Disgorge Funds. (Doc. #151-1). On August 24, 2006, this Court held a hearing on the matter. Pursuant to this Court's inherent authority, and for the reasons stated at the August 24, 2006 hearing, Defendant's counsel, Bruce Simon, is HEREBY ORDERED to deposit the disputed funds, minus out of pocket expenses, into an interest bearing account in the Court's registry until such time as the legitimacy of Mr. Simon's retention of those funds can be addressed.

**IT IS SO ORDERED.**

Dated: 8/29/06

./s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court